(78 South. 660)

Nos. 22773, 22774.

LOUISIANA CENTRAL LUMBER CO. v. MAY, Assessor, et al.

DAVIS BROS. LUMBER CO., Ltd., v. SAME.

(Jan. 3, 1918.  On Rehearing, April 29, 1918.)

Appeal from Fifth Judicial District Court, Parish of Jackson ; Cas Moss, Judge.

Suits by the Louisiana Central Lumber Company and Davis Brothers Lumber Company, Limited, against A. H. May and others. From the judgment, plaintiffs appeal. Judgment annulled in part and affirmed in part, and case remanded for trial on the merits.

Stubbs, Theus, Grisham & Thompson, of Monroe, for appellants. Julius T. Long, of Winnfield, for appellees W. S. Jones, Tax Collector, and Police Jury of Jackson Parish.

PROVOSTY, J.  This case presents the same issues precisely as that of Tremont Lumber Co. v. Same Defendants, 78 South. 650,[1] this day decided.  The two cases were consolidated for trial.

For the reasons there assigned, the judgment appealed from is therefore affirmed except in the matter of the attorney's fees, as to which it is remanded for further trial, with instructions that judgment be rendered against the plaintiff in favor of the defendants for 10 per cent. attorney's fees, upon the basis of the contested part of the taxes and penalties herein, and, in the event the tender made by plaintiff to the tax collector was on the condition that a receipt in full should be given, or was made otherwise than unconditionally, then that judgment be also rendered for such attorney's fees upon the basis of the uncontested part of said taxes and penalties; and that the plaintiff pay all the costs of this suit.

O'NIELL, J., dissents.

On Rehearing.

MONROE, C. J.  The facts in this case being similar to, and the legal principles applicable thereto being identical with, those governing the case of Tremont Lumber Co. v. A. H. May, Assessor, et al., 78 South. 650[1] (No. 22772) this day decided, the reasons given for that judgment are assigned for this; and it is therefore now ordered and decreed that the judgment appealed from be annulled, in so far as it maintains the plea of prescription herein filed and dismisses this suit, and in so far as it condemns plaintiff to pay all penalties provided by existing laws and 10 per cent. attorney's fees.

It is further decreed that the case be remanded

[1] Ante, p. 389.

to the district court to be tried upon its merits, and that the rights of the litigants with respect to such penalties and fees be reserved and determined by the judgment to be hereafter rendered.

It is further decreed that, in so far as said judgment dissolves the injunction herein issued, it be affirmed, without prejudice, however, to the right of plaintiff to obtain such injunction as it may be entitled to, upon its complying with the law, and particularly with the requirements of section 56 of act 170 of 1898.

It is further decreed that the costs of this appeal be paid by plaintiff, and that those of the district court await the result of the trial.